CHARLES ANTKU, Respondent, *v.* ZINSSER & COMPANY, Appellant.

(Argued March 24, 1930; decided April 8, 1930.)

*Alfred M. Bailey* for appellant.

*Charles D. Lewis* and *Thomas J. O' Neill* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.